**APPROVED.**
**It is SO ORDERED.**
**s/*Dan Aaron Polster***
**United States District Judge**
**Sept. 25, 2026**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PHI Health, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 1:26-cv-1740 |
| v. | : | |
| | : | Judge Dan Aaron Polster |
| Medical Mutual of Ohio, *et. al.*, | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff PHI Health, LLC dismisses with prejudice all of its claims in this action against all Defendants.

Respectfully submitted,

/s/ Matthew M. Zofchak
Matthew M. Zofchak (0096279)
KEGLER, BROWN, HILL & RITTER CO., L.P.A.
65 East State Street, Suite 1800
Columbus, OH 43215
T: (614) 462-5400; F: (614) 852-4800
mzofchak@keglerbrown.com
*Counsel for Plaintiff PHI Health, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed and served via the Court's CM/ECF system on September 25, 2026,

/s/ Matthew M. Zofchak
Matthew M. Zofchak (0096279)